■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL RIVERA, Appellant. [792 NYS2d 918]—Appeal by the defendant from a judgment of the County Court, Rockland County (Resnik, J.), rendered November 20, 2003, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that judgment is affirmed.

Appellate review of the issue raised by the defendant was knowingly, intelligently, and voluntarily waived by him as part of his plea agreement (*see People v Muniz*, 91 NY2d 570 [1998]; *People v Callahan*, 80 NY2d 273 [1992]; *People v Seaberg*, 74 NY2d 1 [1989]; *People v Moissett*, 76 NY2d 909, 911 [1990]). Adams, J.P., Cozier, Ritter and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RMELL ROGERS, Appellant. [792 NYS2d 917]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered August 6, 2003, convicting him of robbery in the first degree, sodomy in the first degree (two counts), sexual abuse in the first degree (two counts), and unlawful imprisonment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the prosecutor's allegedly improper comments during summation requires reversal of his conviction is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Tonge*, 93 NY2d 838 [1999]; *People v Smith*, 13 AD3d 401, 402 [2004], *lv denied* 4 NY3d 803 [2005]), and in any event, is without merit (*see People v Acevedo*, 2 AD3d 452 [2003]; *People v Myers*, 305 AD2d 429 [2003]). H. Miller, J.P., Krausman, Crane and Fisher, JJ., concur.